AO 121 (6/90)

| TO:  COMMISSIONER OF PATENTS AND TRADEMARKS (USPTO)  P.O. Box 1450  Alexandria, VA 22313-1450 | REPORT ON THE FILING OF DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |
|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET | DATE FILED | UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION |
|---|---|---|
| 08cv623 | 1/29/2008 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| Lawrence J. Koncelik, Jr. | Jarden Corporation |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 7,096,776 B2 | 8/29/2006 | Lawrence J. Koncelik, Jr. |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY  [ ] Amendment    [ ] Answer    [ ] Cross Bill    [ ] Other Pleading |
|---|---|

| PATENT NO. | DATE OF PATENT | PATENT |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Michael W. Dobbins | G. Jones | 1/29/2008 |