AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Lawrence J. Koncelik, Jr.

v.

Jarden Corporation

CASE NUMBER: **08 C 623**

ASSIGNED JUDGE: **JUDGE BUCKLO**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE NOLAN**

TO: (Name and address of Defendant)

Jarden Corporation
555 Theodore Fremd Avenue, Suite B-302
Rye, NY 10580

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher E. Haigh
Law Office of Christopher E. Haigh
2038 N. Clark #105
Chicago, IL 606014

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_Nadine Chirley_ (signature)

(By) DEPUTY CLERK

January 29, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | February 18, 2008 |
| NAME OF SERVER (PRINT)  Bruce M. Scott | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: JARDIN CORPORATION - 555 Theodore Fremd Ave, Suite B-302, Rye, N.Y. 10580, Stephanie Abrams, Female, 11:36 A.M.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/18/2008
          Date            Signature of Server

3 Horizon Rd #629 Fort Lee, N.J. 07024
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.