## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08-C-623

LAWRENCE J. KONCELIK, JR., v.
JARDEN CORPORATION

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SUNBEAM PRODUCTS, INC., d/b/a Jarden Consumer Solutions

| | |
|---|---|
| NAME (Type or print)<br>Gary A. Pierson, II | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Gary A. Pierson, II | |
| FIRM<br>Husch Blackwell Sanders LLP | |
| STREET ADDRESS<br>720 Olive Street, Suite 2400 | |
| CITY/STATE/ZIP<br>St. Louis, MO 63101 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6270434 | TELEPHONE NUMBER<br>(313) 345-6000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐