IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE J. KONCELIK, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-C-623 |
| | ) | |
| v. | ) | Judge: Bucklo |
| | ) | Magistrate Judge: Nolan |
| JARDEN CORPORATION, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

**STIPULATED APPLICATION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Plaintiff Lawrence J. Koncelik, Jr. and Defendant Sunbeam Products, Inc. d/b/a Jarden Consumer Solutions (misnamed "Jarden Corporation"), by and through their respective counsel, stipulate to an additional twenty-one (21) days, or until March 31, 2008, for Defendant to answer, move or otherwise respond to Plaintiff's Complaint in the above-captioned matter. This stipulation is not intended for purpose of delay, but rather to allow Defendant to analyze the Complaint and Plaintiff's claims. The undersigned has consulted Plaintiff's counsel, Christopher E. Haigh, who has agreed to this stipulation.

Dated: March 10, 2008

HUSCH BLACKWELL SANDERS LLP

/s/ Gary A. Pierson, II
Michael R. Annis
Illinois Bar No. 6238967
Gary A. Pierson, II
Illinois Bar No. 6270434
720 Olive St., 24th Floor
St. Louis, Missouri 63101
Telephone: (314) 345-6000
Facsimile: (314) 345-6060

Attorneys for Defendant Sunbeam Products, Inc.

STLD01-1400628-1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 10th day of March, 2008, the foregoing was served by operation of the Court's electronic filing system and/or first-class U.S. mail, postage prepaid and e-mail, upon the following:

Christopher E. Haigh
THE LAW OFFICE OF CHRISTOPHER HAIGH
2038 N. Clark, #105
Chicago, Illinois 60614

Geoffrey A Baker
Illinois Bar No. 6236658
DOWELL BAKER, P.C.
229 Randolph Street
Oak Park, IL 60302
Telephone: (708) 660-1413
Facsimile: (312) 873-4466

Attorneys for Plaintiff Lawrence J. Koncelik, Jr

/s/ Gary A. Pierson, II

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE J. KONCELIK, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-C-623 |
| | ) | |
| v. | ) | Judge: Bucklo |
| | ) | Magistrate Judge: Nolan |
| JARDEN CORPORATION, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

**STIPULATED APPLICATION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Plaintiff Lawrence J. Koncelik, Jr. and Defendant Sunbeam Products, Inc. d/b/a Jarden Consumer Solutions (misnamed "Jarden Corporation"), by and through their respective counsel, stipulate to an additional twenty-one (21) days, or until March 31, 2008, for Defendant to answer, move or otherwise respond to Plaintiff's Complaint in the above-captioned matter. This stipulation is not intended for purpose of delay, but rather to allow Defendant to analyze the Complaint and Plaintiff's claims. The undersigned has consulted Plaintiff's counsel, Christopher E. Haigh, who has agreed to this stipulation.

Dated: March 10, 2008                    HUSCH BLACKWELL SANDERS LLP

/s/ Gary A. Pierson, II
Michael R. Annis
Illinois Bar No. 6238967
Gary A. Pierson, II
Illinois Bar No. 6270434
720 Olive St., 24th Floor
St. Louis, Missouri 63101
Telephone: (314) 345-6000
Facsimile: (314) 345-6060

Attorneys for Defendant Sunbeam Products, Inc.

STLD01-1400628-1

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 10th day of March, 2008, the foregoing was served by operation of the Court's electronic filing system and/or first-class U.S. mail, postage prepaid and e-mail, upon the following:

| | |
|---|---|
| Christopher E. Haigh | Geoffrey A Baker |
| THE LAW OFFICE OF CHRISTOPHER HAIGH | Illinois Bar No. 6236658 |
| 2038 N. Clark, #105 | DOWELL BAKER, P.C. |
| Chicago, Illinois 60614 | 229 Randolph Street |
| | Oak Park, IL 60302 |
| | Telephone: (708) 660-1413 |
| | Facsimile: (312) 873-4466 |

Attorneys for Plaintiff Lawrence J. Koncelik, Jr

                                                                /s/ Gary A. Pierson, II