# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LAWRENCE J. KONCELIK, JR., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 08-C-623 |
| ) | |
| v. ) | Honorable Elaine E. Bucklo |
| ) | Honorable Magistrate Nan R. Nolan |
| JARDEN CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION TO SUBSTITUTE PARTIES

Plaintiff Lawrence J. Koncelik, Jr. and Defendant Jarden Corporation hereby stipulate and agree to the substitution of Sunbeam Products, Inc. d/b/a Jarden Consumer Solutions as the named defendant in this action.

/s/ Christopher E. Haigh
Christopher E. Haigh
Indiana Bar No. 22038-49
THE LAW OFFICE OF CHRISTOPHER HAIGH
2038 N. Clark, #105
Chicago, Illinois 60614
Telephone: (312) 242-1685
Facsimile: (312) 277-9007

Geoffrey A Baker
Illinois Bar No. 6236658
DOWELL BAKER, P.C.
229 Randolph Street
Oak Park, IL 60302
Telephone: (708) 660-1413
Facsimile: (312) 873-4466

Attorneys for Plaintiff
Lawrence J. Koncelik, Jr.

/s/ Gary A. Pierson II
Michael R. Annis
Gary A. Pierson, II
HUSCH BLACKWELL SANDERS LLP
720 Olive St., 24th Floor
St. Louis, Missouri 63101
Telephone: (314) 345-6000
Facsimile: (314) 345-6060

Attorneys for Defendant
Sunbeam Products, Inc.

STLD01-1397804-1

Case 1:08-cv-00623    Document 12    Filed 03/10/2008    Page 2 of 2

STLD01-1397804-1