IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE J. KONCELIK, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-C-623 |
| | ) | |
| v. | ) | Judge: Bucklo |
| | ) | Magistrate Judge: Nolan |
| SUNBEAM PRODUCTS, INC. | ) | |
| d/b/a JARDEN CONSUMER | ) | |
| SOLUTIONS, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

**DEFENDANT SUNBEAM PRODUCT, INC.'S**
**NOTIFICATION AS TO AFFILIATES**

Defendant Sunbeam Products, Inc. d/b/a Jarden Consumer Solutions ("Sunbeam"), pursuant to Local Rule 3.2, provides the following Notification as to Affiliates:

Sunbeam Americas Holdings, LLC owns more than five percent (5%) of Defendant Sunbeam.

Jarden Corporation, a publicly held company, owns more than 5% of Sunbeam Americas Holdings, LLC.

Dated: March 31, 2008          HUSCH BLACKWELL SANDERS LLP

/s/Gary A. Pierson II
Michael R. Annis (*pro hac vice application pending*)
Gary A. Pierson, II
720 Olive St., 24th Floor
St. Louis, Missouri 63101
Telephone: (314) 345-6000
Facsimile: (314) 345-6060

Attorneys for Defendant Sunbeam Products, Inc.

STLD01-1406164-1 718642/1551

1

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this the 31st day of March, 2008, the foregoing was served by operation of the Court's electronic filing system and/or first-class U.S. mail, postage prepaid, upon the following:

| | |
|---|---|
| Christopher E. Haigh | Geoffrey A Baker |
| THE LAW OFFICE OF CHRISTOPHER HAIGH | Illinois Bar No. 6236658 |
| 2038 N. Clark, #105 | DOWELL BAKER, P.C. |
| Chicago, Illinois 60614 | 229 Randolph Street |
| | Oak Park, IL 60302 |
| | Telephone: (708) 660-1413 |
| | Facsimile: (312) 873-4466 |

Attorneys for Plaintiff Lawrence J. Koncelik, Jr

                                                              /s/Gary A. Pierson II