# United States District Court Northern District of Illinois
## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Case Title: LAWRENCE J. KONCELIK, JR.          Plantiff(s)

VS.

JARDEN CORPORATION          Defendant(s)

RECEIVED APR 0 1 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

Case Number: 08-C-623          Judge: Bucklo

I, Michael R. Annis, hereby apply to the Court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of Jarden Corporation by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| State of Oklahoma | 1992 |
| State of Missouri | 1996 |
| State of Illinois | 1997 |
| U.S. District Courts, Eastern, Northern & Western Districts of Oklahoma | 1992 |
| U.S. District Court, Eastern District of Missouri | 1995 |
| U.S. District Court, Southern District of Illinois | 2000 |
| Federal Circuit Court of Appeals | 2001 |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

Has the applicant designated local counsel?   Yes ✓   No ☐

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | | |
|---|---|---|
| censured, suspended, disbarred, or otherwise disciplined by any court? | Yes ☐ | No ☒ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | Yes ☐ | No ☒ |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court? | Yes ☐ | No ☒ |
| denied admission to the bar of any court? | Yes ☐ | No ☒ |
| held in contempt of court? | Yes ☐ | No ☒ |

NOTE: If the answer to any of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

3/10/2008
Date

_____
Signature of Applicant

| Applicant's Name | Last Name<br>Annis | First Name<br>Michael | Middle Name/Initial<br>R. |
|---|---|---|---|
| Applicant's Law Firm | Husch Blackwell Sanders LLP | | |
| Applicant's Address | Street Address (include suite or room number)<br>720 Olive St., 24th Floor | | State Bar Number<br>MO 47374<br>IL 6238967 |
| | City<br>St. Louis | State<br>MO | ZIP Code<br>63101 | Work Phone Number<br>(314) 345-6000 |

(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)

(Fee Stamp)

PAID NF
RECEIPT # 46340000015
APR 01 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $150.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

**ORDER**

IT IS ORDERED that the applicant herein may appear in the above-entitled case.

DATED: 4/3/08

_____
United States District Judge
Elaine E. Bucklo

# AFFIDAVIT OF SPONSOR

| NAME OF SPONSOR | LAST NAME<br>Pierson | FIRST NAME<br>Gary | MIDDLE NAME/INITIAL<br>A. |
|---|---|---|---|
| ADDRESS OF SPONSOR | FIRM OR BUSINESS NAME<br>Husch Blackwell Sanders LLP | | |
| | STREET ADDRESS<br>720 Olive Street. Suite 2400 | | ROOM NUMBER |
| | CITY<br>St. Louis | COUNTY | STATE<br>MO | ZIP<br>63101 |
| ADMISSION DATE | Enter the date on which the sponsor was admitted to practice before the Illinois Supreme Court or the highest court of another state or the District of Columbia. | DATE<br>12/16/08<br>4/4/1999 | STATE<br>IL |

I, the above-named sponsor, state that:

(a) I am currently, and for at least two years have been, a member in good standing of the general bar of    Illinois and Missouri
(State or District of Columbia)

(b) I have known the petitioner for a period of not less than    three    years.

(c) I have known the petitioner under the following circumstances:

The ~~my~~ Petitioner has been my colleague for three years. During this time, I have worked with the Petitioner on numerous complex legal matters. Petitioner has a strong legal expertise and high ethical standards.

(d) I know the petitioner's character to be:    Excellent

(e) I know the petitioner's reputation to be:    Excellent

(f) I know the petitioner's experience at the bar to be as follows:

Petitioner is a highly experienced intellectual property litigator who currently practices in several state and federal jurisdictions where he has been admitted throughout the United States.

(g) The petitioner is of good moral character and otherwise well qualified to practice as a member of the bar of the United States District Court for the Northern District of Illinois.

I declare under penalty of perjury that the foregoing is true and correct.

DATE:    03/11/08    _____
(Signature of Sponsor)

# AFFIDAVIT OF SPONSOR

| NAME OF SPONSOR | LAST NAME | FIRST NAME | MIDDLE NAME/INITIAL |
|---|---|---|---|
| | Heuer | Jeffrey | S. |

| ADDRESS OF SPONSOR | FIRM OR BUSINESS NAME: Husch Blackwell Sanders LLP | | | |
|---|---|---|---|---|
| | STREET ADDRESS: 720 Olive Street, Suite 2400 | | | ROOM NUMBER |
| | CITY: St. Louis | COUNTY | STATE: MO | ZIP: 63101 |

| ADMISSION DATE | Enter the date on which the sponsor was admitted to practice before the Illinois Supreme Court or the highest court of another state or the District of Columbia. | DATE: 11/1989 | STATE: IL |
|---|---|---|---|

I, the above-named sponsor, state that:

(a) I am currently, and for at least two years have been, a member in good standing of the general bar of    Illinois and Missouri
   (State or District of Columbia)

(b) I have known the petitioner for a period of not less than    five    years.

(c) I have known the petitioner under the following circumstances:

   As my law partner for five years I have worked with the Petitioner on numerous, complex legal matters. Petitioner has a strong legal acumen and high ethical standards

(d) I know the petitioner's character to be:    Excellent

(e) I know the petitioner's reputation to be:    Excellent

(f) I know the petitioner's experience at the bar to be as follows:

   Petitioner is a highly experienced and respected commercial law and intellectual property litigator. He has been admitted and practices in state and federal jurisdictions throughout the United States of America

(g) The petitioner is of good moral character and otherwise well qualified to practice as a member of the bar of the United States District Court for the Northern District of Illinois.

I declare under penalty of perjury that the foregoing is true and correct.

DATE: March 10, 2008                    _____
                                        (Signature of Sponsor)