**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Lawrence J. Koncelik Jr.
                         Plaintiff,

v.                                              Case No.: 1:08−cv−00623
                                            Honorable Elaine E. Bucklo

Jarden Corporation
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 7, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:Scheduling conference held on 5/7/2008. Status hearing set for 8/1/2008 at 10:00 AM. Parties to submit their proposed scheduling order by the end of this day.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.