UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Lawrence J. Koncelik Jr.
                    Plaintiff,

v.                                    Case No.: 1:08−cv−00623
                                      Honorable Elaine E. Bucklo

Jarden Corporation
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

   MINUTE entry before Judge Honorable Elaine E. Bucklo:I have reviewed the report of the parties' planning meeting and considered the arguments made at the status hearing. Defendant has not convinced me that the amount of time it proposes is necessary to fairly and expeditiously conclude this case. Accordingly, with a little modification, I will adopt plaintiff's proposed schedule. Fact discovery is to be completed by 1/19/09; the parties shall exchange claim terms to be construed by 7/20/08; the parties shall exchange preliminary claim construction by 8/11/08; joint claim construction and prehearing statement is due 8/18/08; opening claim construction briefs are due 8/25/08; responsive claim construction briefs are due 9/8/08; the Markman hearing, if necessary, shall be held October 6, 2008 at 10:00 a.m.; burden expert reports ar due 2/14/09; rebuttal expert reports are due 3/27/09; expert discovery shall close by 4/13/09; dispositive motions ar due 4/27/09. Status is reset for 8/22/09 at 9:30 a.m.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.