IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAWRENCE J. KONCELIK, JR., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 08-C-623 |
| ) | |
| v. ) | Judge: Bucklo |
| ) | Magistrate Judge: Nolan |
| JARDEN CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Counsel for Plaintiff, Geoffrey A. Baker and Dowell Baker, P.C., respectfully move to withdraw as counsel for Plaintiff. Defendant does not oppose this motion and this motion is made with the consent of Plaintiff.

Dated: July 22, 2008

/s/ Geoffrey A. Baker
Geoffrey A Baker
DOWELL BAKER, P.C.
229 Randolph Street
Oak Park, IL 60302
Telephone: (708) 660-1413
Facsimile: (312) 873-4466

1

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing Unopposed Motion to Withdraw as Counsel for Plaintiff was filed via the ECF system which in turn notified and served Defendant's counsel, Michael Annis.


/s/ Geoffrey A. Baker

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LAWRENCE J. KONCELIK, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-C-623 |
| | ) | |
| v. | ) | Judge: Bucklo |
| | ) | Magistrate Judge: Nolan |
| JARDEN CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### [PROPOSED] ORDER

Having considered the unopposed motion to withdraw as counsel for Plaintiff, the Court GRANTS that motion. Geoffrey A. Baker and Dowell Baker, P.C. are hereby withdrawn as counsel for Plaintiff.

Dated: July __, 2008

_____
Honorable Elaine E. Bucklo
United States District Court Judge

3