**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Lawrence J. Koncelik Jr.
         Plaintiff,

v.                Case No.: 1:08−cv−00623
                Honorable Elaine E. Bucklo

Jarden Corporation
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 24, 2008:

  MINUTE entry before the Honorable Elaine E. Bucklo:Plaintiff's motion to withdraw as attorney [23] is denied as the motion is not noticed for hearing in compliance with the rule. Plaintiff advised the court that the motion is not unopposed, even though the motion is titled "Unopposed".Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.