IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE J. KONCELIK, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-C-623 |
| | ) | |
| v. | ) | Judge: Bucklo |
| | ) | Magistrate Judge: Nolan |
| SUNBEAM PRODUCTS, INC. | ) | |
| d/b/a JARDEN CONSUMER | ) | |
| SOLUTIONS | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

Before the Court is the parties' Joint Motion for Extension of Claim Construction-Related Deadlines, and considering the statements and argument of counsel, grants the same.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the following deadlines in the Court's May 13, 2008, Scheduling Order will be revised as follows:

| EVENT | DATE |
|---|---|
| Parties shall exchange preliminary claim construction by | October 11, 2008 |
| Joint claim construction of pre-hearing statement due | October 18, 2008 |
| Opening claim construction briefs due | October 25, 2008 |
| Responsive claim construction briefs due | November 8, 2008 |
| Markman hearing, if necessary | December 6, 2008 at 10:00 a.m. or at the Court's convenience |

No other deadline or date set forth in the Court's May 13, 2008, Scheduling Order is effected by this Order.

STLD01-1440797-1                                              1

2

IT IS SO ORDERED this _____ day of _____, 2008.

                                                               _____
                                                               The Honorable Judge Bucklo

Case 1:08-cv-00623    Document 25-2    Filed 07/28/2008    Page 2 of 2