UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAWRENCE J. KONCELIK, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>SUNBEAM PRODUCTS, INC. )<br>d/b/a JARDEN CONSUMER )<br>SOLUTIONS )<br>)<br>Defendants. ) | Civil Action No. 1:08-cv-623<br><br>Honorable Elaine E. Bucklo<br>Honorable Magistrate Nan R. Bucklo |

**NOTICE OF MOTION OF JOINT MOTION TO EXTEND CLAIM CONSTRUCTION DEADLINES IN SCHEDULING ORDER**

Please take notice that the parties, by and through their undersigned counsel, will present their Joint Motion to Extend Claim Construction Deadlines in Scheduling Order on July 31, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, in Courtroom 1441, the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, IL 60604, before the Honorable Elaine E. Bucklo. Copies of the Joint Motion to Extend Claim Construction Deadlines in Scheduling Order and Proposed Order filed contemporaneously herewith have been served upon all parties in this case.

NOTICE GIVEN:    July 28, 2008

    Respectfully submitted,

    HUSCH BLACKWELL SANDERS LLP

    /s/Michael R. Annis
    Michael R. Annis
    Gary A. Pierson, II
    720 Olive St., 24th Floor
    St. Louis, Missouri 63101
    Telephone: (314) 345-6000
    Facsimile: (314) 345-6060

    *Attorneys for Defendant Sunbeam Products, Inc.*

    THE LAW OFFICE OF CHRISTOPHER HAIGH

    /s/ Christopher E. Haigh
    Christopher E. Haigh
    2038 N. Clark, #105
    Chicago, Illinois 60614

    *Attorney for Plaintiff Lawrence Koncelik, Jr.*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this the 28th day of July, 2008, the foregoing was served by operation of the Court's electronic filing system upon all counsel of record in this cause.


          /s/ Michael R. Annis