**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LAWRENCE J. KONCELIK, JR.,           ) | |
| ) | |
| Plaintiff,           ) | Civil Action No. 1:08-cv-623 |
| ) | |
| v.           ) | Honorable Elaine E. Bucklo |
| ) | Honorable Magistrate Nan R. Nolan |
| SUNBEAM PRODUCTS, INC.           ) | |
| d/b/a JARDEN CONSUMER           ) | |
| SOLUTIONS.           ) | |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

COME NOW, the parties, by and though their respective undersigned counsel, and jointly move the Court to enter the attached Stipulated Protective Order. In support of this Motion, the parties state as follows:

1. Counsel for the parties have consulted, agreed and stipulated upon certain terms that should be applicable to and govern certain discovery taken pursuant to the Federal Rules of Civil Procedure.

2. The agreed terms are set forth in the Stipulated Protective Order attached hereto as Exhibit 1.

3. The parties jointly request the Court to enter the Stipulated Protective Order.

Respectfully submitted,

HUSCH BLACKWELL SANDERS LLP

/s/Michael R. Annis
Michael R. Annis
Gary A. Pierson, II
720 Olive St., 24th Floor
St. Louis, Missouri 63101
Telephone: (314) 345-6000
Facsimile: (314) 345-6060

*Attorneys for Defendant Sunbeam Products, Inc.*

THE LAW OFFICE OF CHRISTOPHER HAIGH

/s/ Christopher E. Haigh
Christopher E. Haigh
2038 N. Clark, #105
Chicago, Illinois 60614

*Attorney for Plaintiff Lawrence Koncelik, Jr.*

STLD01-1440438-1

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this the 28th day of July, 2008, the foregoing was served by operation of the Court's electronic filing system upon all counsel of record in this cause.

/s/Michael R. Annis

STLD01-1440438-1