# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LAWRENCE J. KONCELIK, JR.,        ) | |
|                  Plaintiff,       ) | Civil Action No. 1:08-cv-623 |
|      v.        ) | Honorable Elaine E. Bucklo |
| SUNBEAM PRODUCTS, INC.        ) d/b/a JARDEN CONSUMER SOLUTIONS        ) | Honorable Magistrate Nan R. Bucklo |
|                  Defendants.        ) | |

## NOTICE OF MOTION OF JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Please take notice that the parties, by and through their undersigned counsel, will present their Joint Motion for Entry of Protective Order on July 31, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, in Courtroom 1441, the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, IL 60604, before the Honorable Elaine E. Bucklo. Copies of the Joint Motion for Entry of Protective Order and Proposed Stipulated Protective Order filed contemporaneously herewith have been served upon all parties in this case.

NOTICE GIVEN:    July 28, 2008

STLD01-1440813-1

Respectfully submitted,

HUSCH BLACKWELL SANDERS LLP

/s/Michael R. Annis
Michael R. Annis
Gary A. Pierson, II
720 Olive St., 24th Floor
St. Louis, Missouri 63101
Telephone: (314) 345-6000
Facsimile: (314) 345-6060

*Attorneys for Defendant Sunbeam Products, Inc.*

THE LAW OFFICE OF CHRISTOPHER HAIGH

/s/ Christopher E. Haigh
Christopher E. Haigh
2038 N. Clark, #105
Chicago, Illinois 60614

*Attorney for Plaintiff Lawrence Koncelik, Jr.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this the 28th day of July, 2008, the foregoing was served by operation of the Court's electronic filing system upon all counsel of record in this cause.


                                    /s/ Michael R. Annis