UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Lawrence J. Koncelik Jr.
                       Plaintiff,

v.                                        Case No.: 1:08−cv−00623
                                             Honorable Elaine E. Bucklo

Jarden Corporation
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

       MINUTE entry before the Honorable Elaine E. Bucklo:Counter claimant's joint motion for extension of time [25] is granted. Parties to exchange preliminary claim construction by 10/11/08. Joint claim construction of pre−hearing statement due by 10/18/08. Opening claim construction brief due by 10/25/08; and responses by 11/8/08. Markman hearing, if needed reset for 12/5/08 at 1:30 p.m. Motion for protective order [27] is granted. Status hearing reset for 9/19/2008 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.