IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAWRENCE J. KONCELIK, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUNBEAM PRODUCTS, INC. ) <br> d/b/a JARDEN CONSUMER ) <br> SOLUTIONS ) <br> ) <br> Defendant. ) | Civil Action No. 08-C-623 <br><br> Judge: Bucklo <br> Magistrate Judge: Nolan |

### DECLARATION OF MICHAEL R. ANNIS, ESQ.

I, Michael R. Annis, Esq., declare that:

1. I am a partner with the law firm of Husch Blackwell Sanders LLP, and I am also counsel of record for Defendant Sunbeam Products, Inc. d/b/a Jarden Consumer Solutions ("Sunbeam"), in the above-captioned cause. I make this declaration in support of Sunbeam's Motion to Stay Pending Reexamination of Patent-In-Suit.

2. Attached hereto as Exhibit A are e-mail correspondence from Larry Shurupoff, in-house counsel for Sunbeam, directed to Christopher Haigh, counsel for Plaintiff Lawrence J. Koncelik, Jr. ("Koncelik"), in the above-captioned suit, dated February 5, February 6 and February 7, 2008.

3. Attached hereto as Exhibit B is a true and correct copy of correspondence from Michael R. Annis to Christopher Haigh dated April 15, 2008.

4. Attached hereto as Exhibit C is a true and correct copy of the Transmittal of Communication to Third-Party Requestor *Inter Partes* Reexamination dated August 1, 2008, and including the Decision Granting *Inter Partes* Reexamination.

5.  Attached hereto as Exhibit D is a true and correct copy of Office Action and *Inter Partes* Reexamination.

I declare under penalty of perjury that the foregoing is true and correct.



Michael R. Annis

Dated this 13th day of August, 2008.