# EXHIBIT A

# Wickenhauser, Joanne

| | |
|---|---|
| **From:** | Shurupoff, Larry |
| **Sent:** | Tuesday, February 05, 2008 11:38 AM |
| **To:** | 'chris@ipadvisors.biz' |
| **Cc:** | Wickenhauser, Joanne |
| **Subject:** | FW: Sales Sheets |
| **Attachments:** | PRX30-33 Sell Sheets.zip |

Mr. Haigh:

Attached are sales sheets for brewing units (PRX 33 and PRX 30) that operate in the same manner as the IS and FT models noted in your complaint. These units, which were available in the 1990's, have been discontinued but should be available via Internet sales. I am currently trying to obtain user manuals that describe the operation of these units. An operator selects between two brewing cycles on these prior models. The selection is identified by a light or "indicator" and the light is extinguished upon completion of a keep warm cycle. You may also be interested in US 3,430,232 which operates in a somewhat similar manner. Kindly let me know if you require more information.

Larry Shurupoff

| | |
|---|---|
| **From:** | Meehan, Joelle |
| **Sent:** | Tuesday, February 05, 2008 11:09 AM |
| **To:** | Shurupoff, Larry |
| **Subject:** | RE: Sales Sheets |



PRX30-33 Sell heets.zip (7 MB.

| | |
|---|---|
| **From:** | . |

**This transmission may contain privileged and confidential information.** It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are notified that any review, dissemination, distribution or duplication of this communication is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message. Do not show the contents of this transmission to individuals outside of the Company or beyond employees or agents of the Company having a "need-to-know."

## Wickenhauser, Joanne

| | |
|---|---|
| From: | Shurupoff, Larry |
| Sent: | Wednesday, February 06, 2008 5:45 PM |
| To: | 'chris@ipadvisors.biz' |
| Cc: | Capps, John; Wickenhauser, Joanne |
| Subject: | FW: PRX30/33 Instruction Manual - LitMrcofe-6-3470 |
| Attachments: | PRX30_PRX33.pdf |

Mr. Haigh,

    Attached is an instruction manual from 1996 (see last page) that describes on page 5 the opreation of models PRX 30/33 in a user-selected "Small Batch Mode". In this mode the brewing cycle is extended by about 30%. This is similar to selecting the "strong" brew on the IS and FT models, which likewise extends the brewing cycle. In each case, the coffee is brewed longer than in the other user-selectable brew cycle on each product. If you consider the result to be "different beverages", then your patent reads on these prior models. I am currently looking for additional details on this operation and will forward them to you shortly.

Larry Shurupoff

| | |
|---|---|
| From: | Meehan, Joelle |
| Sent: | Wednesday, February 06, 2008 5:24 PM |
| To: | Shurupoff, Larry |
| Subject: | PRX30/33 Instruction Manual - LitMrcofe-6-3470 |



PRX30_PRX33.
pdf (35 KB)

Joelle Meehan
Jarden Corporation
Legal Department
2381 Executive Center Drive
Boca Raton, FL  33431
561-912-4191
561-912-4182 (fax)
jmeehan@jarden.com

1

# Wickenhauser, Joanne

| | |
|---|---|
| **From:** | Shurupoff, Larry |
| **Sent:** | Thursday, February 07, 2008 11:02 AM |
| **To:** | 'chris@ipadvisors.biz' |
| **Cc:** | Capps, John; Wickenhauser, Joanne; Michels, Vic; Clements, Marc P. |
| **Subject:** | FW: MP Series Instruction Manual LitMrcofe-6-3470 |
| **Attachments:** | MP Series Manual.pdf |

Mr. Haigh,

We have not yet located a manual for a model NLX 33 but have located a manual for a model that operates in the same manner. The attached manual for the MP series, which was available in 2001 (see the copyright notice on the first page), describes on page 10 a brewing option called "1-4 Cups" which prolongs the brewing time. The brewing time is likewise extended when a user selects "strong" on the accused IS and FT models. The resulting coffee in each case will be brewed longer than if brewed under the respective "On" and "Regular" cycles. As you have indicated that you consider this to result in different beverages, then your patent reads on the prior art. I would hope that you consider this very carefully before moving forward. I am currently trying to obtain more detailed information regarding the operation of our older units. A simple comparison of the actual operation of our prior units with the IS and FT units will show that they operate in the same manner.

Larry Shurupoff

| | |
|---|---|
| **From:** | Meehan, Joelle |
| **Sent:** | Wednesday, February 06, 2008 3:02 PM |
| **To:** | Shurupoff, Larry |
| **Subject:** | MP Series Instruction Manual LitMrcofe-6-3470 |



MP Series
inual.pdf (878 K

1

# MR. COFFEE®

## Elite



**12 CUP AUTOMATIC DRIP COFFEEMAKER**

PRX33

# MR. COFFEE®

## Elite

### PRX33
#### FULL FEATURED PROGRAMMABLE COFFEEMAKER

**PRODUCT FEATURES:**

- Attractive gold accents
- 12 cup accelerated brewing
- Programmable digital timer
- Four hour auto shut-off
- Swing-out, two-piece, removable brew basket
- Audible brew ready alert
- Adjustable warming temperature
- Cleaning light flashes when time to clean
- Energy saving cleaning mode
- 1-4 cup small batch brew cycle
- Pause 'N Serve
- Cord storage
- Knuckle guard decanter handle








**PRODUCT SPECIFICATIONS:**

| | |
|---|---|
| Unit Dimensions: | 8.0"L x 10.8"W x 11.6"H |
| Unit Carton Dimensions: | 8.88"L x 11.63"W x 14.38"H |
| Master Pack: | 4 |
| Master Carton Dimensions: | 23.75"L x 18.13"W x 15.0"H |
| Master Carton Cube: | 3.74 cu. ft. |
| Unit Weight: | 6.0 lbs. |
| Shipping Weight: | 26.0 lbs. gross |
| Electrical Rating: | 1025 watts, 120 volts, AC only |
| UPC Code: | 0-72179-00510-0 |
| Recommended Filter: | Mr. Coffee 8-12 fluted filter |
| Replacement Decanter: | Call 1-800-MR COFFEE (1-800-672-6333 USA and Canada) |

0 72179 00510 0

© 1996 Mr. Coffee    Mr. Coffee, 24700 Miles Road, Bedford Heights, Ohio 44146-1399    3/96

# MR. COFFEE®



*Elite*



**12 CUP AUTOMATIC DRIP COFFEEMAKER**  PRX30

# MR. C✹FFEE®



## PRX30
### FULL FEATURED PROGRAMMABLE COFFEEMAKER

**PRODUCT FEATURES:**

- Attractive gold accents
- 12 cup accelerated brewing
- Programmable digital timer
- Four hour auto shut-off
- Swing-out, two-piece, removable brew basket
- Audible brew ready alert
- Adjustable warming temperature
- Cleaning light flashes when time to clean
- Energy saving cleaning mode
- 1-4 cup small batch brew cycle
- Pause 'N Serve
- Cord storage
- Knuckle guard decanter handle




MR. C✹FFEE®
MR. C✹FFEE®



**PRODUCT SPECIFICATIONS:**

| | |
|---|---|
| Unit Dimensions: | 8.0"L x 10.8"W x 11.6"H |
| Unit Carton Dimensions: | 8.88"L x 11.63"W x 14.38"H |
| Master Pack: | 4 |
| Master Carton Dimensions: | 23.75"L x 18.13"W x 15.0"H |
| Master Carton Cube: | 3.74 cu. ft. |
| Unit Weight: | 6.0 lbs. |
| Shipping Weight: | 26.0 lbs. gross |
| Electrical Rating: | 1025 watts, 120 volts, AC only |
| UPC Code: | 0-72179-00745-6 |
| Recommended Filter: | Mr. Coffee 8-12 fluted filter |
| Replacement Decanter: | Call 1-800-MR COFFEE (1-800-672-6333 USA and Canada) |



0 72179 00745 6

© 1996 Mr. Coffee　　Mr. Coffee, 24700 Miles Road, Bedford Heights, Ohio 44146-1399　　3/96
A Division of Health o meter, Inc.