IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE J. KONCELIK, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-C-623 |
| | ) | |
| v. | ) | Judge: Bucklo |
| | ) | Magistrate Judge: Nolan |
| SUNBEAM PRODUCTS, INC. | ) | |
| d/b/a JARDEN CONSUMER | ) | |
| SOLUTIONS | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION TO STAY PROCEEDINGS PENDING
REEXAMINATION OF PATENT-IN-SUIT**

Please take notice that Defendant Sunbeam Products, Inc. d/b/a Jarden Consumer Solutions ("Sunbeam"), by and through its undersigned counsel, will present its Motion to Stay Proceedings pending Reexamination of the Patent-In-Suit on August 21, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, in Courtroom 1441, the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, IL 60604, before the Honorable Elaine E. Bucklo. Copies of the Declaration of Michael R. Annis and Memorandum in Support of the Motion to Stay Proceedings pending Reexamination of the Patent-In-Suit, filed contemporaneously herewith, have been served upon all parties in this case.


NOTICE GIVEN:   August 14, 2008

1

STLD01-1443261-1

Respectfully submitted,

HUSCH BLACKWELL SANDERS LLP


/s/Michael R. Annis
Michael R. Annis
Gary A. Pierson, II
720 Olive St., 24th Floor
St. Louis, Missouri 63101
Telephone: (314) 345-6000
Facsimile: (314) 345-6060

*Attorneys for Defendant Sunbeam Products, Inc.*


CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 14th day of August, 2008, the foregoing was served by operation of the Court's electronic filing system upon all counsel of record in this cause.


/s/ Michael R. Annis