# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Lawrence J. Koncelik Jr.
                Plaintiff,

v.                                      Case No.: 1:08−cv−00623
                                      Honorable Elaine E. Bucklo

Jarden Corporation
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 21, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Defendant's motion to stay proceedings pending reexamination by patent office[31]heard on 8/21/08 and the motion is granted. Status hearing set for 9/19/08 is reset for 2/13/2009 at 09:30 AM. Markman Hearing set for 12/5/08 is now vacated. Case stayed.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.